IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FORT GORDON HOUSING, LLC
d/b/a BALFOUR BEATTY
COMMUNITIES,

    Plaintiff,

v.      CV 119-026

PERCY JOHNSON and PATRICIA
JOHNSON,

    Defendants.

## ORDER

Before the Court is Plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 3.) Because Plaintiff filed the notice prior to Defendant serving an answer or a motion for summary judgment, the dismissal is proper.

**IT IS THEREFORE ORDERED** that this matter shall be **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of March, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA